UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Al Mace                                                        Docket No. 5:13-CR-20-4H

**Petition for Action on Supervised Release**

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Al Mace, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute 280 Grams or More of Cocaine Base (Crack), in violation of 21 U.S. C. §§ 846 and 841(b)(1)(A), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on September 10, 2014, to the custody of the Bureau of Prisons for a term of 24 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Al Mace was released from custody on October 27, 2014, at which time the term of supervised release commenced.

On November 4, 2014, the conditions of supervision were modified to allow the defendant to make payments in the amount of $50.00 per month towards his financial obligation until paid in full. The defendant has since satisfied his financial obligation.

On June 25, 2015, the court was notified via a Violation Report that the defendant had been charged with the offense of Communicating Threats. No action was taken and supervision was continued pending a disposition in state court. The charge was subsequently dismissed on July 7, 2015.

On March 22, 2016, a Violation Report was submitted to the court, advising the court of the defendant's use of marijuana. The defendant admitted to using marijuana, supervision was continued without a punitive sanction, and the defendant was placed in the Surprise Urinalysis Program.

A Violation Report was submitted to the court on August 16, 2016, advising the court that the defendant was arrested and charged with the offenses of Possession of Marijuana up to ½ Ounce and Maintain Vehicle/Dwelling/Place for Controlled Substances. Supervision was continued pending a disposition in state court. The charges were dismissed on October 20, 2016.

On February 3, 2017, a Violation Report was submitted to the court, advising the court that the defendant had tested positive for marijuana use. A referral for substance abuse treatment was made, the defendant was returned to the Surprise Urinalysis Program, and supervision was continued with no additional action being taken.

On August 21, 2017, the conditions of supervised release were modified to include a curfew for a period of 60 days, with location monitoring, following the defendant's use of cocaine which was detected by a drug test the defendant submitted on August 7, 2017.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On February 6, 2018, the defendant submitted a drug test that returned from the laboratory positive for the presence of cocaine. When confronted with the result on February 23, 2018, the defendant claimed his ex-girlfriend put cocaine in his beer following an argument. The defendant continues to attend substance abuse treatment and participate in the Surprise Urinalysis Program. He has been warned that another positive test result will result in a return to court for revocation proceedings. However, at this time, it is recommended the defendant once again be subjected to a curfew with location monitoring technology. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Al Mace
Docket No. 5:13-CR-20-4H
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 90 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: March 6, 2018

### ORDER OF THE COURT

Considered and ordered this 7th day of March, 2018, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge